05-22670.o1

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 05-22670-CIV-COOKE-BROWN

RAUL RUIZ,

    Plaintiff,

vs.

CARNIVAL CORPORATION, d/b/a/
CARNIVAL CRUISE LINES,

    Defendant.
_____/

## ORDER DENYING MOTION TO COMPEL INSPECTION

**This matter** is before this Court on Plaintiff's Motion to Compel...Inspection and Testing of Vessel, filed October 4, 2006. The Court has considered the motion, the response, and all pertinent materials in the file.

Plaintiff has had a prior opportunity to inspect the vessel. The Court, upon motion of the parties, extended fact discovery to be completed by October 27, 2006. That order specified that all other deadlines previously set by the Court in its February 14, 2006 order remained in full effect. Among those deadlines were those that governed the disclosure of expert witnesses and the exchange of reports etc. that deadline has long since passed.

This motion seeks to have plaintiff's expert conduct scientific testing. To allow same would be to either violate Judge Cooke's order re: experts, or to allow the testing without permitting the expert to testify, which would amount to a waste of everyone's time.

Plaintiff wants to do this testing, agrees to produce his expert for testing, and concludes there is enough time for defendant to retain its own expert.

On September 25, 2006, the joint motion was filed that resulted in the extension of fact discovery. While it does briefly mention something related to inspection of the vessel, it says nothing about any scientific testing, and nothing about experts. Therefore, unless the Court re-opens the expert discovery, this request cannot be granted.

Therefore, and the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that said motion be and the same is hereby **DENIED, without prejudice** to be reconsidered if the District Judge allows re-opening of expert disclosure and discovery.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17th day of October, 2006.

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
Honorable Marcia G. Cooke